UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN WILMOTH, : | |
|     Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 16-CV-223 (JCH) |
| : | |
| DENISE MERRILL, SECRETARY : | MARCH 1, 2016 |
| OF THE STATE OF CONNECTICUT : | |
|     Defendant. : | |

**ORDER RE: PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER (DOC. NO. 4)**

On consideration of Shawn Wilmoth's ("Wilmoth") Motion for a Temporary Restraining Order (Doc. No. 4), and for the reasons stated in the court's Ruling of March 1, 2016, the court orders:

> That the Secretary of State ("Secretary") is enjoined from enforcing sections 9-468, 9-410(c), and 9-412 of the Connecticut General Statutes, to the extent that these sections impose an in-state residency restriction upon Wilmoth's circulation of petitions to seek Rocky De La Fuente's inclusion on the ballot for the 2016 Democratic Primary election for President of the United States;

This Order is conditioned upon Wimoth's being subject to the jurisdiction of the State of Connecticut as to any proceeding, hearing, or other election law compliance review process relating to activities described in this Order, as he agreed in his Declaration. Declaration of Shawn Wilmoth (Doc. No. 24-1) ¶ 12.

A hearing will be held on March 10, 2016, at 4:00 p.m., with a separate calendar to issue.

**SO ORDERED**.

Dated this 1st day of March, 2016, at New Haven, Connecticut.

                                          /s/ Janet C. Hall
                                          Janet C. Hall
                                          United States District Judge