## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN WILMOTH | : | CIVIL ACTION NO. 3:16-cv-0223-JCH |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| DENISE MERRILL, | : | |
| *Defendant* | : | JULY 6, 2016 |

### PARTIES' JOINT STATUS REPORT

Pursuant to the Scheduling Order, (ECF 34 at 2), the Plaintiff, Shawn Wilmoth and the Defendant, Denise Merrill, Connecticut Secretary of State (the "Secretary") submit this Joint Status Report.

**A.    Discovery and Deadlines**

The parties have exchanged initial disclosures. The parties have not yet conducted additional discovery. The parties do not anticipate the need to conduct extensive discovery in this case. The Parties anticipate serving written discovery before the end of July, and will conduct any depositions they deem necessary on September 9, 2016.

The deadline for Plaintiff to disclose expert witnesses have passed, and Plaintiff has not disclosed an expert. The discovery deadline is September 16, 2016. (ECF 34 at 1.) The parties do not anticipate any requests to extend that deadline.

**B.    Dispositive Motions**

Each of the parties believes that this case is suitable for resolution by dispositive motion. The dispositive motion deadline is October 31, 2016. (ECF 34 at 2.) The parties do not anticipate any requests to extend that deadline.

- 2 -

| | |
|---|---|
| PLAINTIFF,<br>SHAWN WILMOTH | DEFENDANT,<br>DENISE MERRILL,<br>SECRETARY OF STATE OF<br>CONNECTICUT |
| By: */s/ Paul A. Rossi*<br>    Paul A. Rossi, Esq.<br>    *Counsel for Plaintiff, Pro Hac Vice*<br>    Federal Bar No. phv07984<br>    IMPG Advocates, Inc.<br>    873 East Baltimore Pike<br>    Suite #705<br>    Kennett Square, PA  19348<br>    Tel:    717.961.8978<br>    Fax:    717.898.9302<br>    Paul-Rossi@comcast.net | ATTORNEY GENERAL<br>GEORGE JEPSEN,<br><br>By:*/s/ Maura Murphy Osborne*<br>    Maura Murphy Osborne<br>    Assistant Attorney General<br>    Federal Bar No. ct19987<br>    55 Elm Street, P.O. Box 120<br>    Hartford, CT 06141-0120<br>    Tel:  (860) 808-5020<br>    Fax:  (860) 808-5347<br>    Maura.MurphyOsborne@ct.gov<br>    Her Attorney |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

              By: */s/ Paul A. Rossi*
                 Paul A. Rossi, Esq