UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN WILMOTH   *Plaintiff* | : : : | CIVIL ACTION NO.  3:16-cv-0223-JCH |
| v. | : : | |
| DENISE MERRILL,   *Defendant* | : : | AUGUST  9 , 2016 |

## JUDGMENT AND ORDER

The Court having considered the claims of the Plaintiff, Shawn Wilmoth, having granted Plaintiff's motion for temporary restraining order on March 1, 2016, (Docket No. 27), it finds that entry of the Parties' Proposed Judgment and Order is appropriate.  The Court has concluded that the challenged petitioning statute, which requires that petition circulators for the Presidential Preference Primary in Connecticut be residents of the State of Connecticut, burdens the Plaintiff's First Amendment rights.  The Court has also determined that the loss of First Amendment rights of Plaintiff constitutes an irreparable injury, that the balance of equities favors and injunction, and that an injunction is in the public interest.

In light of this Court's conclusion of unconstitutionality of a portion of Conn. Gen. Stat. § 9-468 that requires a petition circulator to be a resident of Connecticut, and related statutes; and upon the agreement of all parties to this action, the Court enters the following stipulated judgment and order forth below:

1. Defendant is enjoined from applying only that portion of Conn. Gen. Stat.  § 9-468 that prohibits non-Connecticut residents from serving as circulators of primary petitions issued for the sole purpose of access to the Presidential Preference Primary ballot held

pursuant to Chapter 154 of the general statutes. Defendant shall enforce the remaining requirements of such section.

2. Defendant is enjoined from applying only that portion of Conn. Gen. Stat. § 9-410(c) that prohibits non-Connecticut residents from serving as circulators of primary petitions issued for the sole purpose of access to the Presidential Preference Primary ballot held pursuant to Chapter 154 of the general statutes. Defendant shall enforce the remaining requirements of such section, including Conn. Gen. Stat. § 9-410(c) as such section applies to primary petitions that do not directly affect the circulation of primary petitions for the Presidential Preference Primary.

3. Defendant is enjoined from applying only that portion of Conn. Gen. Stat. § 9-412 that would prohibit the Defendant, her agents, or any person in active concert or participation with Defendant and her agents from accepting primary petitions issued for the sole purpose of access to the Presidential Preference Primary ballot held pursuant to Chapter 154 of the general statutes that do not contain the certification as to Connecticut residency required by § 9-410(c). Defendant shall enforce the remaining requirements of such section, including Conn. Gen. Stat. § 9-412 as such section applies to primary petitions that do not directly affect the circulation of primary petitions for the Presidential Preference Primary.

4. The parties agree that any such circulator of a primary petition circulating pursuant to this order agrees to submit to the jurisdiction of the State of Connecticut regarding any case or controversy arising out of activities while circulating primary petitions for of access to the Presidential Preference Primary ballot held pursuant to Chapter 154 of the general statutes.

**SO ORDERED.**

Dated this 9th day of August, 2016, at New Haven, Connecticut.

/s/Janet C. Hall
Janet C. Hall
United States District Judge