UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN WILMOTH | : | CIVIL ACTION NO.  3:16-cv-0223-JCH |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| DENISE MERRILL, | : | |
| *Defendant* | : | DECEMBER 21, 2016 |

**PARTIES' REPORT OF SETTLEMENT OF PETITION FOR ATTORNEYS' FEES**

The Plaintiff, Shawn Wilmoth and the Defendant, Denise Merrill, Connecticut Secretary of State (the "Secretary") hereby report to the Court that parties have resolved the pending petition for attorneys' fees, (Docket # 46) and no longer require a ruling of the Court.

Respectfully Submitted,

PLAINTIFF,
SHAWN WILMOTH

By: */s/ Paul A. Rossi*
    Paul A. Rossi, Esq.
    *Counsel for Plaintiff, Pro Hac Vice*
    Federal Bar No. phv07984
    IMPG Advocates, Inc.
    873 East Baltimore Pike
    Suite #705
    Kennett Square, PA  19348
    Tel:   717.961.8978
    Fax:   717.898.9302
    Paul-Rossi@comcast.net

DEFENDANT,
DENISE MERRILL,
SECRETARY OF STATE OF
CONNECTICUT

ATTORNEY GENERAL
GEORGE JEPSEN,

By:*/s/ Maura Murphy Osborne*
    Maura Murphy Osborne
    Assistant Attorney General
    Federal Bar No. ct19987
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120
    Tel:  (860) 808-5020
    Fax:  (860) 808-5347
    Maura.MurphyOsborne@ct.gov
    Her Attorney

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Maura Murphy Osborne*
Maura Murphy Osborne